Fill in this information to identify the case:

Debtor 1: Harvey Franklin Davis, III

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number: 18-62988-LRC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 4-1

**Last four digits** of any number you use to identify the debtor's account: 0651

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | County Tax: 2018 Year | 07/26/2019 | (8) | $780.17 |
| | | County Tax: Penalty & Interest | 07/26/2019 | (8) | $48.43 |
| | | City Tax: 2018 Year | 07/26/2019 | (8) | $320.05 |
| | | City Tax: Penalty & Interest | 07/26/2019 | (8) | $19.87 |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $1,168.52 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Harvey Franklin Davis, III | Case Number (if known) | 18-62988-LRC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

# Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date    08/30/2019

Print    Mukta Suri
         First Name   Middle Name   Last Name

Title    Authorized Agent for Specialized Loan Servicing, LLC

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
           Number       Street

Dallas, Texas  75254
City       State       ZIP Code

Contact phone    (972) 643-6600          Email    POCInquiries@BonialPC.com

---

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          5122-N-7048

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 30, 2019 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Harvey Franklin Davis, III
1780 Versailles Drive SW
Atlanta, GA 30331

**Debtors' Attorney**
Brian D. Poe
Brian Poe & Associates, P.C.
Suite 400 - North Tower
235 Peachtree Street NE
Atlanta, GA  30303

**Chapter 13 Trustee**
Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Respectfully Submitted,

/s/ **Mukta Suri**